1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VANTIA PROPERTIES, LLC, a California limited liability company, et al.,<br><br>　　　　Defendants. | No.  1:13-cv-00642-LJO-SKO<br><br>**REQUEST FOR CONTINUANCE OF MOTION FOR DEFAULT JUDGMENT; ORDER THEREON**<br><br>Current Hearing Date: September 25, 2013<br>Time: 9:30 a.m.<br>Courtroom: 7<br>Magistrate Judge Sheila K. Oberto |

　　　WHEREAS, the hearing on Plaintiff's Motion for Entry of Default Judgment Against All Defendants ("the Motion") is currently set for September 25, 2013 at 9:30 a.m. in Courtroom 7;

　　　WHEREAS, Plaintiff's counsel Tanya E. Moore must appear on September 25, 2013 at a hearing on a motion for summary judgment at 9:30 a.m. and on a motion to compel discovery at 10:00 a.m. in the Eastern District, Sacramento Division (Case No. 2:13-cv-00061-JAM-CKD), and will accordingly be unable to attend the Motion before this Court;

REQUEST FOR CONTINUANCE OF MOTION FOR DEFAULT JUDGMENT; ORDER THEREON

WHEREAS, Plaintiff's counsel had anticipated that the Motion hearing would be vacated if unopposed, but Defendants Juan Vazquez and Nicolas Vazquez have filed a Notice of Appearance indicating that they plan to attend the Motion  (ECF No. 19);

WHEREAS, the Court has advised that November 6, 2013 is available for hearing on the Motion;

Plaintiff hereby respectfully requests that the hearing on Plaintiff's Motion for Entry of Default Judgment Against All Defendants be continued to 9:30 a.m. on November 6, 2013.

Date: September 19, 2013				MOORE LAW FIRM, P.C.


						*/s/ Tanya E. Moore*
						Tanya E. Moore
						Attorneys for Plaintiff
						Natividad Gutierrez


**ORDER**

Pursuant to Plaintiff's request, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiff's "Motion for Entry of Default Judgment Against All Defendants" is continued to 9:30 a.m. on November 6, 2013, in Courtroom 7; and

2. The Clerk of Court is DIRECTED to serve a copy of this order on Defendants.


IT IS SO ORDERED.

   Dated:   **September 19, 2013**			       **/s/ Sheila K. Oberto**
						UNITED STATES MAGISTRATE JUDGE