# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | Case No. 1:13-cv-00642-LJO-SKO |
| Plaintiff, | **ORDER CONTINUING THE HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| VANTIA PROPERTIES, LLC, et al., | (Doc. No. 16) |
| Defendants. | |
| _____/ | |

On August 15, 2013, Plaintiff Natividad Gutierrez ("Plaintiff") filed a motion for default judgment against Defendants Vantia Properties, LLC, Juan Vazquez, and Nicholas Vazquez, which was originally set for September 25, 2013. (Doc. 16.) At Plaintiff's request, the hearing was continued to November 6, 2013.

Defendants Juan Vazquez and Nicholas Vazquez (the "Vazquez Defendants") personally appeared at the November 6, 2013, hearing; Tanya Moore, Esq., appeared telephonically on behalf of Plaintiff. No appearance was made on behalf of Vantia Properties, LLC.

The Vazquez Defendants indicated they wished to file a motion to set aside the entries of default against them. Due to their limited English language abilities, they contend they were

1 unable to understand the complaint and summonses with which they were served.  The parties also
2 requested additional time to conduct informal settlement discussions.

3     The Vazquez Defendants will contact Plaintiff's counsel on Friday, November 8, 2013, to
4 discuss settlement options.  The parties shall update the Court by November 18, 2013, whether the
5 claims against the Vazquez Defendants have been resolved.  A hearing will be held on November
6 21, 2013, at 4:00 p.m. to discuss the status of the case.

7     Accordingly, IT IS HEREBY ORDERED that:

8     1. The hearing on Plaintiff's motion for default judgment is CONTINUED to November
9        21, 2013, at 4:00 p.m. in Courtroom 7 before U.S. Magistrate Judge Sheila K. Oberto;
10       and

11     2. The parties shall inform the Court by **no later than November 18, 2013**, whether the
12       claims against the Vazquez Defendants have been resolved.

IT IS SO ORDERED.

Dated:  **November 6, 2013**     /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

2