1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046'
4  E-mail: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>VANTIA PROPERTIES, LLC, a California limited liability company, et al.,<br><br>  Defendants. | No. 1:13-cv-00642-LJO-SKO<br><br>**PLAINTIFF'S STATUS REPORT AND REQUEST TO APPEAR TELEPHONICALLY AT HEARING; ORDER THEREON**<br><br>Hearing:   November 21, 2013<br>Time:        4:00 p.m.<br>Courtroom: 7<br>Honorable Sheila K. Oberto |

Pending before the Court is a motion for default judgment against defendants filed by plaintiff, Natividad Gutierrez ("Plaintiff") (Doc. 16). On November 6, 2013, Plaintiff, through his counsel, and defendants, Juan Vazquez and Nicholas Vazquez ("Defendants"), by personal appearance, appeared at the hearing on Plaintiff's default judgment motion. No appearance was made by the landlord, Vantia Properties, LLC ("Vantia"). Also appearing was Martha Vasquez who provided translation for Defendants who have limited English speaking skills. The Court continued the hearing in order to afford the parties an opportunity

1  to explore settlement (Doc. 24).  Defendants were to contact Plaintiff's counsel on Friday,
2  November 8, 2013.

3  While no call was received by Plaintiff's counsel from Defendants on November 8 as
4  promised, in the afternoon of November 11, 2013, Defendants, through their translator,
5  Martha Vasquez, left a voicemail message for Plaintiff's counsel. On November 12, 2013,
6  Plaintiff's counsel spoke to Martha Vasquez and relayed a settlement offer for the Vasquezes
7  on behalf of Plaintiff, making clear that the offer did not include Vantia.  Plaintiff's counsel
8  also advised Martha Vasquez that she speaks Spanish, and that Defendants could contact her
9  directly to discuss the offer.  As of the filing of this report, no further communication has
10 been received from Defendants, either personally or through Martha Vasquez, although
11 Plaintiff's counsel has tried to reach Martha Vasquez on several occasions since the
12 November 12, 2013 telephone call.  Unfortunately, the number provided by Martha Vasquez
13 to reach her has no voicemail or means by which to leave a message.

14 Plaintiff continues to seek additional fees as a result of his counsel's appearance at
15 the initial hearing, efforts at subsequent settlement, and the fees which will be incurred
16 through the hearing on the motion.  Plaintiff requests that such additional amounts be
17 presented to the Court after the hearing on the default judgment motion by declaration.

18 Because Plaintiff seeks the recovery of his fees, Plaintiff further respectfully requests
19 that his counsel be permitted to appear telephonically at the November 21, 2013 hearing.

20

21 Dated:  November 18, 2013                    MOORE LAW FIRM, P.C.

22

23                                              */s/ Tanya E. Moore*
                                                Tanya E. Moore
24                                              Attorney for Plaintiff
                                                Natividad Gutierrez
25

26 ///
27 ///
28 ///

PLAINTIFF'S STATUS REPORT AND REQUEST TO APPEAR TELEPHONICALLY AT HEARING;
ORDER THEREON

Page 2

# ORDER

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff may appear telephonically at the November 21, 2013, hearing on the motion for default judgment. Plaintiff's counsel is to call chambers five (5) minutes prior to the scheduling hearing time.

IT IS SO ORDERED.

Dated:   **November 19, 2013**                    **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE

PLAINTIFF'S STATUS REPORT AND REQUEST TO APPEAR TELEPHONICALLY AT HEARING; ORDER THEREON