# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VANTIA PROPERTIES, LLC, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:13-cv-00642-LJO-SKO<br><br>**ORDER ALLOWING ADDITIONAL TIME FOR DEFENDANTS JUAN AND NICOLAS VAZQUEZ TO FILE A MOTION TO SET ASIDE THEIR ENTRIES OF DEFAULT** |

On August 15, 2013, Plaintiff filed a motion for default judgment against Defendants Vantia Properties, LLC ("Vantia"), Juan Vazquez, and Nicolas Vazquez (the "Vazquez Defendants"). The motion was originally set to be heard on September 25, 2013, but the hearing was continued to November 6, 2013, at Plaintiff's request. (Doc. 22)

On November 6, 2013, a hearing was held. The parties were permitted additional time to attempt to informally resolve the case, the hearing on Plaintiff's motion for default judgment was continued, and a status conference was set for November 21, 2013. (Doc. 24.)

At the November 21, 2013, status conference, the Vazquez Defendants personally appeared; Tanya Moore, Esq., appeared telephonically on behalf of Plaintiff. No appearance was

made on behalf of Vantia.  The parties represented they were unable to resolve their dispute, and the Vazquez Defendants sought additional time to file a motion to set aside the entries of default against them.

A motion to set aside an entry of default must address: (1) whether the defaulted party's culpable conduct led to the default; (2) whether the defaulted party has a meritorious defense; or (3) whether setting aside the entry of default would be prejudicial to the non-moving party.  *See Franchise Holding II, LLC v. Huntington Restaurants Grp. Inc.*, 375 F.3d 922, 926 (9th Cir. 2004).

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiff's motion for default judgment is held in abeyance to allow the Vazquez Defendants an opportunity to file a motion to set aside the entries of default against them;
2. The Vazquez Defendants shall have until January 30, 2014, to file a motion to set aside their entries of default;
3. Any opposition to the motion to set aside the entries of default shall be filed by Plaintiff no later than February 21, 2014;
4. A hearing on the Vazquez Defendants' motion to set aside their entries of default is set for Wednesday, March 5, 2014, at 10:00 a.m.; and
5. If the Vazquez Defendants fail to file a motion to set aside their entries of default by January 30, 2014, the Court will consider Plaintiff's motion for default judgment submitted for decision.

IT IS SO ORDERED.

Dated:   **November 21, 2013**               /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE