# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VANTIA PROPERTIES, LLC, et al.,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:13-cv-00642-LJO-SKO<br><br>**ORDER SETTING SETTLEMENT CONFERENCE FOR FEBRUARY 13, 2014, AT 10:00 A.M.** |

　　　　On August 15, 2013, Plaintiff Natividad Gutierrez ("Plaintiff") filed a motion for default judgment against Defendants Vantia Properties, LLC, Juan Vazquez, and Nicholas Vazquez, which was originally set for September 25, 2013. (Doc. 16.) At Plaintiff's request, the hearing was continued to November 6, 2013.

　　　　Defendants Juan Vazquez and Nicholas Vazquez (the "Vaszquez Defendants") personally appeared at the November 6, 2013, hearing; Tanya Moore, Esq., appeared telephonically on behalf of Plaintiff. No appearance was made on behalf of Vantia Properties, LLC.

　　　　The Vazquez Defendants indicated they wished to file a motion to set aside the entries of default against them. Due to their limited English language abilities, they stated they were unable

to understand the complaint and summonses with which they were served. The parties also requested additional time to conduct informal settlement discussions.

On November 21, 2013, a further status conference was held. The parties represented they were unable to resolve their dispute, and the Vazquez Defendants sought additional time to file a motion to set aside the entries of default against them. (Doc. 31.) The Court issued an order on November 22, 2013, allowing the Vazquez Defendants until January 30, 2014, to file a motion to set aside their entries of default and noted that if they failed to file such a motion by January 30, 2014, the Court would consider Plaintiff's motion for default judgment submitted for decision.

On January 30, 2014, the Vazquez Defendants filed a document entitled "Notice to Appear." (Doc. 32.) The letter states as follows: "This letter is specifically to inform you we have decided not to file a motion for default. However, we would like to appear in Court March 5th to consider a reasonable agreement." (Doc. 32.) Plaintiff has indicated to the Court he is willing to appear for a settlement conference. As the Vazquez Defendants have also indicated their willingness to appear to discuss settlement, the Court sets a settlement conference for Thursday, February 13, 2014, at 10:00 a.m.

If the Vazquez Defendants fail to appear for the settlement conference on February 13, 2014, and because they have elected not to file a motion to set aside the entries of default against them, Plaintiff's motion for default judgment will be considered submitted for decision as indicated in the Court's November 22, 2013, order.

Accordingly, IT IS HEREBY ORDERED that:

1. A Settlement Conference is SET for **February 13, 2014, at 10:00 a.m. in Courtroom 7 at the U.S. District Court, 2500 Tulare Street, Fresno, California**; and

2. By no later than **February 6, 2014**, the parties shall submit a confidential settlement conference statement to the Court via email at skoorders@caed.uscourts.gov (but not filed on the docket) that includes the following:

    a. A brief summary of the facts, allegations, and defenses;

      b.      A summary of the proceedings to date;

      c.      An outline of any past settlement efforts, and a history of past settlement discussions, offers, and demands;

      d.      The nature of relief sought; and

      e.      A statement of each party's expectations and goals for the Settlement Conference.

IT IS SO ORDERED.

Dated: **February 3, 2014**                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE