UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>VANTIA PROPERTIES, LLC, et al.,<br><br>        Defendants. | **CASE NO. CV F 13-0642 LJO SKO**<br><br>**ORDER AFTER SETTLEMENT**<br><br>**(Doc. 35.)** |

   Plaintiff's counsel notified this Court that settlement has been reached with defendants Juan Vazquez and Nicolas Vazquez (collectively "settling defendants"). Pursuant to this Court's Local Rule 160, this Court ORDERS plaintiff and settling defendants, **no later than March 24, 2014**, to file appropriate papers to dismiss this action against the settling defendants, or to show good cause why the settling defendants have not been dismissed. Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and

1

orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

   Dated:   **February 18, 2014**          **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE