1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  NATIVIDAD GUTIERREZ,                    )  No.  1:13-cv-00642-LJO-SKO
                                            )
12               Plaintiff,                 )  **NOTICE OF VOLUNTARY DISMISSAL**
                                            )  **OF DEFENDANTS JUAN VAZQUEZ,**
13        vs.                               )  **AKA JUAN OMAR ROSALES**
                                            )  **GUTIERREZ, DBA TAQUERIA SAN**
14  VANTIA PROPERTIES, LLC, et al.,         )  **JUAN, AND NICOLAS VAZQUEZ, AKA**
                                            )  **NICOLAS GONZALEZ SR., DBA**
15               Defendants.                )  **TAQUERIA SAN JUAN <u>ONLY</u>; ORDER**
                                            )
16                                          )
                                            )
17                                          )
                                            )
18                                          )
                                            )
19  _____)

20

21        WHEREAS, no defendant has filed an answer or motion for summary judgment;

22        WHEREAS, Defendants Juan Vazquez, aka Juan Omar Rosales Gutierrez, dba Taqueria

23  San Juan, and Nicolas Vazquez, aka Nicolas Gonzalez Sr., dba Taqueria San Juan (collectively

24  "Defendants") have filed miscellaneous notices with the court, but have not filed any

25  responsive pleadings;

26        WHEREAS, Plaintiff and Defendants have settled the matter as to Defendants <u>only</u>;

27        WHEREAS, no counterclaim has been filed;

28

1   Plaintiff hereby respectfully requests that **only Defendants Juan Vazquez, aka Juan**

2   **Omar Rosales Gutierrez, dba Taqueria San Juan, and Nicolas Vazquez, aka Nicolas**

3   **Gonzalez Sr., dba Taqueria San Juan** be dismissed from this action with prejudice pursuant

4   to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

5

6   Date: March 7, 2014                              MOORE LAW FIRM, P.C.

7

8                                                    */s/ Tanya E. Moore*
9                                                    Tanya E. Moore
                                                     Attorneys for Plaintiff
10                                                   Natividad Gutierrez

11

12                                         **ORDER**

13   Good cause appearing,

14   IT IS HEREBY ORDERED that **only Defendants Juan Vazquez, aka Juan Omar**

15   **Rosales Gutierrez, dba Taqueria San Juan, and Nicolas Vazquez, aka Nicolas Gonzalez**

16   **Sr., dba Taqueria San Juan** be dismissed from this action with prejudice.

17

18   IT IS SO ORDERED.

19   Dated:   **March 7, 2014**                      **/s/ Lawrence J. O'Neill**
20                                                   UNITED STATES DISTRICT JUDGE

21

22   **IT IS SO ORDERED**.

23

24   Dated:_____          _____

25                                                   United States District Judge

26

27

28